Stack Hannaur, Appellee, v. Chicago Transit Authority, etc., et al., Defendants. Chicago Transit Authority, a Municipal Corporation, Appellant.

Gen. No. 47,807. 

First District, First Division.

April 25, 1960.

William J. Lynch, William S. Allen, Paul Denvir, and James E. Hastings, for appellant; George F. Kruse, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.